IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| NIKKI HARPER,<br><br>Plaintiff,<br><br>v.<br><br>BARRET FINANCIAL LLC, et al.,<br><br>Defendants. | Civil Action No.<br>1:25-CV-00203-JRH-BKE |

**DEFENDANTS' MOTION TO DISMISS**
**PLAINTIFF'S COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Nationstar Mortgage LLC d/b/a Mr. Cooper ("Nationstar")[1], and Lakeview Loan Servicing, LLC ("Lakeview" and with Nationstar, "Defendants") hereby files this Motion to Dismiss the Complaint (the "Complaint") of Plaintiff Nikki Harper ("Plaintiff").

In support of its Motion to Dismiss, Defendants files the attached memorandum of law citing supporting legal authorities.

WHEREFORE, Defendants Nationstar Mortgage LLC d/b/a Mr. Cooper and Lakeview Loan Servicing, LLC respectfully requests that this Court grant its Motion

---

[1] Rocket Mortgage, LLC is successor by merger to Nationstar Mortgage, LLC effective February 2, 2026.

1

to Dismiss and:

1. DISMISS Plaintiff's Complaint WITH PREJUDICE pursuant to Fed. R. Civ. P. 12(b)(6); and

2. Grant such other relief as this Court deems just and proper.

This 27th day of February, 2026.

*/s/ Jennifer R. Burbine*
Jennifer R. Burbine
McGuireWoods LLP
Georgia Bar No. 167807
1075 Peachtree Street, N.E.
35th Floor
Atlanta, GA 30309-3900
Telephone: 404-443-5736
Fax: 404-443-5798
jburbine@mcguirewoods.com
*Attorneys for Defendants Nationstar*
*Mortgage LLC and Lakeview Loan*
*Servicing, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

NIKKI HARPER,

Plaintiff,

v.

BARRET FINANCIAL LLC, et al.,

Defendants.

Civil Action No.
1:25-CV-00203-JRH-BKE

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2026, I electronically filed the foregoing ***DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT*** and its attachments with the Clerk of the Court using the CM/ECF System and served a true and correct copy of same on the following via First-Class Mail, postage prepaid, addressed to:

Nikki Harper
1529 Pinebrook Court, Apt, A2
Greenville, NC 27858
*Plaintiff Pro Se*

*/s/ Jennifer R. Burbine*
Jennifer R. Burbine
Georgia Bar No, 167807
McGuireWoods LLP

1075 Peachtree Street, N.E.
35th Floor
Atlanta, GA 30309-3900
Telephone: 404-443-5736
Fax: 404-443-5798
jburbine@mcguirewoods.com
*Attorney for Defendants Nationstar Mortgage LLC and Lakeview Loan Servicing, LLC*