IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

NIKKI HARPER,

Plaintiff,

v.

BARRETT FINANCIAL LLC, et al.,

Defendants.

Civil Action No. 1:25-CV-00203-JRH-BKE

## DISCLOSURE STATEMENT
## OF PARTIES AND INTERVENORS

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 7.1.1, I hereby certify:

1) I am counsel for the following parties and intervenors:

| NAME | PARTY DESIGNATION |
|---|---|
| Nationstar Mortgage LLC d/b/a Mr. Cooper[1] | Defendant |
| Lakeview Loan Servicing, LLC | Defendant |
|  |  |
|  |  |
|  |  |

2) This is a full and complete list of officers, directors, and trustees of the above-identified parties and intervenors:

| NAME | TITLE |
|---|---|
| Jay Bray | CEO & President, Rocket Mortgage, LLC |
| James Jones, Jr. | EVP, Chief Servicing Officer, Rocket Mortgage, LLC |
| Panayiotis Mareskas | Treasurer, Rocket Mortgage, LLC |
| Amy Bishop | Secretary, Rocket Mortgage, LLC |
| Julio Aldecocea | CEO & President, Lakeview Loan Servicing, LLC |
| Judith Tribble | CCO, Lakeview Loan Servicing, LLC |
| Todd Wallace | CFO, Lakeview Loan Servicing, LLC |

3) This is a full and complete list of all other persons, associations of persons, firms, partnerships, subsidiaries and parent corporations, and organizations which have a

---

[1] Rocket Mortgage, LLC is successor by merger to Nationstar Mortgage, LLC effective February 2, 2026.

financial interest in, or another interest which could be substantially affected by, the outcome of this case, including any parent or publicly-held corporation that holds ten percent (10%) or more of a party's stock (if no such individual or entity, state NONE):

| NAME | TITLE/RELATIONSHIP |
|---|---|
| Rocket Limited Partnership | Owner of Rocket Mortgage, LLC |
| Rocket GP, LLC | Owner of Rocket Limited Partnership |
| Rocket LP, LLC | Owner of Rocket Limited Partnership |
| Rocket Companies, Inc. | Owner of Rocket GP, LLC and Rocket LP, LLC |
| LLS Holdings, LLC | Parent company for Lakeview Loan Servicing, LLC |
| Bayview MSR Opportunity (US) Master Fund, L.P. | Owner of LLS Holdings, LLC |

4) **If jurisdiction is based on diversity of citizenship, counsel must also provide the following disclosure.** This is a full and complete list of every individual or entity whose citizenship is attributable to a party or intervenor:

| NAME | RELATIONSHIP | CITIZENSHIP |
|---|---|---|
| Nikki M. Harper | Plaintiff | North Carolina |
| Nationstar Mortgage, LLC | Defendant | Delaware and Michigan |
| Lakeview Loan Servicing, LLC | Defendant | Delaware and Florida |
| Barrett Financial LLC | Defendant | Georgia |
| Mary Yelton Realty | Defendant | Georgia |
| Vandermorgan Realty | Defendant | Georgia |
| Findley, Edenfield & Green | Defendant | Georgia |
| All-Star Home Inspections | Defendant | Georgia |
| Hardy Appraisals | Defendant | Georgia |
| Kathryn "Katie" Nix French | Defendant | Georgia |
| Stephen L. Sikes | Defendant | Georgia |
| United Wholesale Mortgage | Defendant | Michigan |

February 27, 2026
Date

Signature of Attorney of Record

*/s/ Jennifer R. Burbine*
Printed Name