# UNITED STATES DISTRICT COURT
## for the
### Southern District of Georgia ▾

| | |
|---|---|
| NIKKI HARPER | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-CV-00203-JRH-BKE |
| UNITED WHOLESALE MORTGAGE, et. al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

UNITED WHOLESALE MORTGAGE                                                                 .

Date:     03/12/2026

*Cory P. Sims*
*Attorney's signature*

Cory Sims, GA BAR 701802
*Printed name and bar number*
2727 Paces Ferry Rd., SE
Bldg 1, Suite 750
Atlanta, GA 30339

*Address*

CoryS@bdfgroup.com
*E-mail address*

(404) 926-4444
*Telephone number*

*FAX number*