**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION**

| | |
|---|---|
| NIKKI HARPER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No.: 1:25-CV-00203- |
| BARRETT FINANCIAL LLC et al., | ) JRH-BKE |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

**DEFENDANT UNITED WHOELSALE MORTGAGE LLC'S
MOTION TO DISMISS**

COMES NOW Defendant United Wholesale Mortgage LLC (hereinafter referred to as "UWM"), and moves to Dismiss Plaintiff Nikki Harper's (hereinafter referred to as "Plaintiff") Amended Complaint (hereinafter referred to as "Plaintiff's Complaint") (Doc. 29) pursuant to Federal Rule of Civil Procedure 12(b)(6). Plaintiff's Complaint, viewed in a light most favorable to the Plaintiff, fails to state any claim against UWM upon which relief can be granted.  In support of this Motion, UWM submits herewith its Brief in Support of Motion to Dismiss containing argument and citations of authorities.

WHEREFORE, UWM prays that this Motion be granted and that Plaintiff's Complaint against it be dismissed, with prejudice, and that UWM have such other and further relief as is just and proper.

RESPECTFULLY SUBMITTED this 10th day of April, 2026.

BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP

By:    /s/ Cory P. Sims
       Cory P. Sims
       Georgia Bar No. 701802
       Attorney for United Wholesale
       Mortgage LLC

       2727 Paces Ferry Road SE
       Building 1, Suite 750
       Atlanta, GA 30339
       (404) 926-4444
       CoryS@bdfgroup.com
       BDF 10756450

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing

**DEFENDANT UNITED WHOLESALE MORTGAGE LLC'S MOTION TO**

**DISMISS** and **SUPPORTING BRIEF** upon

Nikki Harper
1529 Pinebrook Court, apt. A2
Greenville, NC 27858
Plaintiff Pre Se


by placing a copy of same in the United States Mail, properly addressed with

adequate postage thereon.  An electronic copy is also provided to any ECF users

upon the filing on the above document.

This __10th___ day of April, 2026

> BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP
>
> By:    /s/ Cory P. Sims
> Cory P. Sims
> Georgia Bar No. 701802
> Attorney for United Wholesale
> Mortgage LLC
>
> 2727 Paces Ferry Road SE
> Building 1, Suite 750
> Atlanta, GA 30339
> (404) 926-4444
> CoryS@bdfgroup.com
> BDF 10756450