# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT of GEORGIA

### John E. Triplett Clerk of Court

| Augusta | Brunswick | Savannah |
|---|---|---|
| (912)-650-4020 | (912)-650-4020 | (912)-650-4020 |
| P.O. Box 1130 | P.O. Box 1636 | P.O. Box 8286 |
| Augusta, Georgia 30903 | Brunswick, Georgia 31521 | Savannah, Georgia 31412 |

## NOTICE of FILING DEFICIENCY

To:   Nikki M. Harper            Date: 4/20/2026

Case: 1:25-cv-00203            Party: Plaintiff

Your pleading, __Return of service and Response_____,

was filed on __04/20/26_____ , but remains deficient in the area(s) checked below:

[ ☐ ] No actions required (Informative Only)        or        [ ☒ ] Corrective Actions Required

☐  1. Disclosure Statement has not been filed. This is the only mechanism to identify potential judicial conflicts. (Local Rule 7.1.1)

☐  2. Pleading is illegible or otherwise not in compliance with Local Rule 10.1.

☐  3. Please submit a paper courtesy copy. Paper copies must be submitted when the document either is or relates to a motion for summary judgment; or, the document exceeds 250 pages. (Administrative Procedures)

☒  4. Pleading is not signed. (Local Rule 11.1 and Administrative Procedures)

☐  5. Pursuant to Section IIB of the Administrative Procedures, no certificate of service was provided.

☐  6. Motion is not in compliance with Local Rules.

    ☐  a.  No memorandum of law citing supporting authorities was submitted (L.R. 7.1)

    ☐  b.  No good faith document was submitted. (L.R. 26.5)

    ☐  c.  Separate proposed order was not attached to e-filed document. (L.R. 7.1)

    ☐  d.  Separate proposed order was not e-mailed to appropriate proposed order address in MS Word format. (Administrative Procedures)

☐  7. For Judge Baker or Wood cases, the Plaintiff/Defendant statement regarding referral was not returned within 14 days.

☐  8. Counsel should file a separate motion for each relief sought and not file a consolidated motion.

☒  9. Other:

    Please sign both pleadings and return to the clerks office.

If action is required, after 14 days of noncompliance a notice will be submitted to a judicial officer for possible sanctions, to include dismissal.

For more information - Please contact: __Martha Mormeneo 912-650-4026__

Deputy Clerk