IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

U.S DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

APR 28 2026

FILED

NIKKI M. HARPER,
Plaintiff,

v.

BARRETT FINANCIAL GROUP, LLC, et al.,
Defendants.

Civil Action No.: 1:25-cv-000203-JRH-BKE

———

PLAINTIFF'S NOTICE OF UNEXECUTED SERVICE
AS TO DEFENDANT TREVOR BARRETT

Plaintiff Nikki M. Harper, proceeding pro se, respectfully submits this Notice:

1. Plaintiff mailed a request for waiver of service to Defendant Trevor Barrett at 275 E Rivulon Blvd, Suite 200, Gilbert, Arizona 85297, an address associated with Defendant and reflected in Plaintiff's loan and closing documentation.

2. As of the date of this filing, the waiver of service has not been returned.

3. Plaintiff subsequently attempted service of process at the same address.

4. The summons was returned unexecuted, with the notation that the address is vacant and not serviceable.

5. Plaintiff further notes that this same address appears on the Closing Disclosure associated with the subject transaction.

6. Plaintiff additionally notes that public records from the Arizona Corporation Commission reflect that Barrett Financial Group, LLC was listed as inactive with a status of "pending resubmission" beginning October 25, 2023, prior to Plaintiff's January 2024 closing, while continuing to conduct business using the above-referenced address.

7. Plaintiff submits this Notice in good faith to inform the Court of her efforts to effect service and the current status.

Respectfully submitted,

/s/ Nikki M. Harper
Nikki M. Harper
Plaintiff, Pro Se
1529 Pinebrook Ct Apt 2
Greenville, NC 27858

23 April 2026

Civil Action No.    **1:25-cv-00203-JRH-BKE**

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   Trevor Barrett
was received by me on  4/19/2026:

☐  I personally served the **SUMMONS; FIRST AMENDED COMPLAINT** on the individual at *(place)*  on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☒  I returned the summons unexecuted because **Vacant** after attempting service at **275 E Rivulon Blvd Ste 200, Gilbert, AZ 85297**; or

☐  Other *(specify)*

My fees are $ 0 for travel and $ 86.00 for services, for a total of **$ 86.00**.

I declare under penalty of perjury that this information is true.

Date:  04/22/2026

_____
Server's signature

**Jason Stoor**
Printed name and title

**18521 E Queen Creek Rd
Ste 105-237
Queen Creek, AZ 85142**

_____
Server's address

Additional information regarding attempted service, etc:

**4/22/2026 8:12 AM: The property appeared vacant which was supported by empty inside.**




# CERTIFIED PRIVATE PROCESS SERVER

 

## ID #
### MC8469



## JASON V. STOOR

### AN OFFICER OF THE COURT
### PER ARS § 12-3301(A)

Nikki Harper
1529 Pinebrook CT Apt 2
Greenville NC 27858

RALEIGH NC 275
Research Triangle Region
25 APR 2026 AM3 L



ARMY
UNITED STATES
ARMY
250 YEARS OF SERVICE
SINCE 1775
FOREVER/USA

1130

Clerk of Court
U.S. District Court Southern
District of Georgia — Augusta Division
600 James Brown Blvd.
Augusta, GA 30901

30901-235126