IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

NIKKI HARPER,

                    Plaintiff,

vs.

BARRETT FINANCIAL GROUP, LLC, et. al.,

                 Defendants.

Civil Action No.
1-25-cv-00203-JRH-BKE

## DEFENDANT BARRETT FINANCIAL GROUP, LLC'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendant Barrett Financial Group, LLC ("Barrett"), by and through undersigned counsel, moves the Court pursuant to Federal Rule of Civil Procedure 12(b)(6), Federal Rule of Civil Procedure 9(b), and Local Rule 9.1 of the Southern District of Georgia to dismiss Plaintiff's First Amended Complaint as against Barrett.

In support of this Motion, Barrett shows that Plaintiff's First Amended Complaint fails to state a claim upon which relief can be granted against Barrett, fails to plead any fraud-based allegations with the particularity required by Rule 9(b), and fails to comply with Local Rule 9.1 as to the statutory theories asserted against Barrett.

The specific grounds for dismissal are set forth in Defendant Barrett Financial Group, LLC's Memorandum of Law in Support of Motion to Dismiss Plaintiff's First Amended Complaint, filed contemporaneously herewith and incorporated herein by reference.

WHEREFORE, Defendant Barrett Financial Group, LLC respectfully requests that the Court dismiss all claims asserted against Barrett Financial Group, LLC in Plaintiff's First

Amended Complaint, award such other and further relief as the Court deems just and proper, and grant Barrett such additional relief as may be appropriate under the Federal Rules of Civil Procedure and the Local Rules of this Court.

Dated: May 4, 2026.

By: /s/ Brian S. Goldberg
Brian S. Goldberg
Georgia Bar No.: 128007
Buchalter LLP
3475 Piedmont Road NE, Suite 1100
Atlanta, Georgia 30305
Email: bgoldberg@buchalter.com

By: /s/ Roger A. Wright
Roger A. Wright
*(Pro Hac Vice Application Forthcoming)*
Arizona Bar No.: 014105
Wright Law Firm, PLC
4140 E. Baseline Road, Suite 101
Mesa, Arizona 85206
Telephone: (480) 558-1700
Email: office@wrightlawaz.com

*Attorneys for Defendant*
*Barrett Financial Group*

DEFENDANT BARRETT FINANCIAL GROUP, LLC'S MOTION TO DISMISS PLAINTIFF'S FIRST
AMENDED COMPLAINT

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2026, I electronically filed the foregoing Defendant Barrett Financial Group, LLC's Motion to Dismiss Plaintiff's First Amended Complaint with the Clerk of Court using the CM/ECF system, which will automatically send notice of such filing to all counsel of record. I further certify that I served a true and correct copy on any party not receiving notice through CM/ECF by US Mail, postage prepaid, addressed as follows:

Nikki Harper
1529 Pinebrook Court, Apt A2
Greenville, NC 27858
*Plaintiff Pro Se*

DATED: May 4, 2026.                    By: */s/ Brian S. Goldberg*

 

*Attorneys for Defendant*
*Barrett Financial Group, LLC*

DEFENDANT BARRETT FINANCIAL GROUP, LLC'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT