IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

U.S DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

NIKKI M. HARPER,
Plaintiff,

MAY 1 2 2026

FILED

v.

Barrett Financial Group LLC, et al.,
Defendants.

Civil Action No. 1:25-cv-00203-JRH-BKE

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME AND REQUEST FOR REASONABLE PROCEDURAL ACCOMMODATION

Plaintiff Nikki M. Harper, proceeding pro se, respectfully moves this Court for a reasonable extension of time to respond to Defendants' pending Motions to Dismiss and for reasonable procedural accommodation related to Plaintiff's documented disability and the complexity of this litigation. In support thereof, Plaintiff states as follows:

### I. REQUEST FOR EXTENSION OF TIME

1.      Defendants have recently filed Motions to Dismiss, including filings by Defendant Barrett Financial Group, LLC and Defendant Findley, Edenfield & Green, LLC.

2.      Plaintiff receives court filings primarily through United States Mail, which creates delays between docket entry and Plaintiff's actual receipt and review of filings.

3.      Plaintiff has relied on PACER to remain informed of case activity; however, the review of lengthy legal filings electronically, combined with compressed response deadlines, substantially increases the difficulty of timely and effective response preparation.

4.      This matter involves multiple defendants, overlapping filings, extensive documentary review, and complex factual allegations concerning loan origination, closing documentation, and related transaction records.

5.      Plaintiff is proceeding pro se and is actively attempting to comply with all procedural requirements in good faith.

6.      Plaintiff respectfully submits that additional time is necessary to adequately review the pending motions, organize documentary materials, prepare responses, and meaningfully participate in the litigation process.

——————

## II. REQUEST FOR REASONABLE PROCEDURAL ACCOMMODATION

7.    Plaintiff is a disabled military veteran with documented service-connected disabilities, including post-traumatic stress disorder ("PTSD") related to military sexual trauma ("MST").

8.    Plaintiff's condition does not prevent Plaintiff from understanding or reviewing written materials; however, under compressed deadlines and when presented with substantial volumes of legal filings and documentary records, Plaintiff experiences cognitive and processing limitations associated with Plaintiff's documented disability.

9.    These limitations are heightened in situations involving multiple simultaneous filings, strict deadlines, extensive document comparison, and high-volume litigation review without legal assistance.

10.    Plaintiff respectfully requests reasonable procedural consideration regarding mailing delays, document volume, and disability-related processing limitations in order to ensure meaningful access to the litigation process.

11.    Plaintiff seeks this relief in good faith, without intent to delay proceedings unnecessarily or prejudice Defendants.

———

## III. REQUEST FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Grant Plaintiff an extension of thirty (30) days to respond to Defendants' pending Motions to Dismiss;

B. Grant reasonable procedural accommodation and scheduling consideration related to Plaintiff's documented disability and delayed receipt of filings by mail;

C. Allow such additional reasonable extensions as may become necessary due to overlapping motion practice, mailing delays, and litigation complexity; and

D. Grant such other and further relief as this Court deems just and proper.

Respectfully submitted this _6_ day of May, 2026.

/s/ Nikki M. Harper

Nikki M. Harper, Pro Se
1529 Pinebrook CT APT 2
Greenville, NC 27858

CERTIFICATE OF SERVICE

I hereby certify that on this _6_ day of May, 2026, I mailed a true and correct copy of the foregoing Motion to all Defendants or counsel of record via United States Mail.

/s/ Nikki M. Harper

Nikki M. Harper

1529 Pinebrook Ct. Apt. 2
Greenville, NC 27858



Clerk OF Court
U.S. DistricT Court
Southern DistricT OF Georgia-
Augusta Division
600 James Brown Blvd.