IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| NIKKI HARPER,<br><br>               Plaintiff,<br><br>v.<br><br>BARRETT FINANCIAL LLC, et al.,<br><br>               Defendants. | Civil Action No. 1:25-CV-00203-JRH-BKE |

**DEFENDANTS NATIONSTAR MORTGAGE LLC'S AND LAKEVIEW LOAN SERVICING LLC'S NOTICE OF INTENT TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

NOW COME Defendants Nationstar Mortgage LLC[1] ("Nationstar") and Lakeview Loan Servicing, LLC ("Lakeview") (collectively "Defendants"), by and through undersigned counsel, and hereby gives notice pursuant to Local Rule 7.6 of their intention to file a Reply Brief in further support of Defendants' pending Motion to Dismiss (ECF Doc. 34). Defendants filed their Motion to Dismiss on April 15, 2026 (ECF Doc. 34) and Plaintiff filed her response to Defendants' Motion to Dismiss on May 6, 2026 (ECF Doc. 72). Defendants intend to file a reply brief within the time permitted by Local Rule 7.6.

---

[1] Rocket Mortgage, LLC is successor by merger to Nationstar Mortgage LLC effective February 2, 2026.

1

Dated: May 20, 2026

Respectfully submitted,

*/s/ Steven J. Flynn*
Steven J. Flynn
Georgia Bar No. 313040
**TROUTMAN PEPPER LOCKE LLP**
600 Peachtree Street NE, Suite 3000
Atlanta, Georgia 30308
Telephone: 404.870.4673
Facsimile: 404.885.3900
steven.flynn@troutman.com

*Attorney for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| NIKKI HARPER,<br><br>                    Plaintiff,<br><br>v.<br><br>BARRET FINANCIAL LLC, et al.,<br><br>                    Defendants. | Civil Action No. 1:25-CV-00203-JRH-BKE |

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2026, I electronically filed the foregoing **DEFENDANTS NATIONSTAR MORTGAGE LLC'S AND LAKEVIEW LOAN SERVICING, LLC'S NOTICE OF INTENT TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** and its attachments with the Clerk of the Court using the CM/ECF System and served a true and correct copy of same on all attorneys of record and to the following by First-Class Mail, postage prepaid, addressed to:

Nikki Harper
1529 Pinebrook Court, Apt. A2
Greenville, NC 27858
*Plaintiff Pro Se*

3

_/s/ Steven J. Flynn_
Steven J. Flynn

_Attorney for Defendants_

4