# United States District Court
## *Southern District of Georgia*

Nikki M. Harper

_____    Case No.    1:25-cv-00203-JRH-BKE
Plaintiff

**v.**

Barrett Financial Group, LLC et al    Appearing on behalf of

_____    Defendant Barret Financial Group, LLC

Defendant    (Plaintiff/Defendant)

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This ___21st___ day of ___May___ , ___2026___ .

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE
*****

NAME OF PETITIONER:    Roger A. Wright
_____

Business Address:    Wright Law Firm, PLC
_____
Firm/Business Name

4140 E. Baseline Road, Suite 101
_____
Street Address

|  | Mesa | AZ | 85206 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

_____
Mailing Address (if other than street address)

| Address Line 2 | City | State | Zip |
|---|---|---|---|
| (480) 558-1700 |  | AZ Bar# 014105 | |
| Telephone Number (w/ area code) | | Georgia Bar Number | |

Email Address:    office@wrightlawaz.com