IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

NIKKI HARPER,

                Plaintiff,

vs.

BARRETT FINANCIAL GROUP, LLC, et.

al.,

                Defendants.

Civil Action No.
1-25-cv-00203-JRH-BKE

**DEFENDANT BARRET FINANCIAL GROUP, LLC'S**
**NOTICE OF INTENT TO FILE REPLY BRIEF**

Defendant Barrett Financial Group, LLC, pursuant to Local Rule 7.6 of the Southern

District of Georgia, hereby provides notice that it intends to file a reply brief in further support of

its Motion to Dismiss Plaintiff's First Amended Complaint.

Defendant will serve and file its reply brief within fourteen (14) days of service of

Plaintiff's response, in accordance with Local Rule 7.6.

Respectfully submitted, this 21st day of May, 2026.

By: /s/ *Brian S. Goldberg*
Brian S. Goldberg
Georgia Bar No.: 128007
Buchalter LLP
3475 Piedmont Road NE, Suite 1100
Atlanta, Georgia 30305
Email: bgoldberg@buchalter.com

By: /s/ *Roger A. Wright*
Roger A. Wright
*(Pro Hac Vice Application Submitted)*
Arizona Bar No.: 014105

Wright Law Firm, PLC
4140 E. Baseline Road, Suite 101
Mesa, Arizona 85206
Telephone: (480) 558-1700
Email: office@wrightlawaz.com

*Attorneys for Barrett Financial Group*

## CERTIFICATE OF SERVICE

I hereby certify that on May 20th 2026, I electronically filed the foregoing DEFENDANT BARRET FINANCIAL GROUP, LLC'S NOTICE OF INTENT TO FILE REPLY BRIEF with the Clerk of Court using the CM/ECF system, which will automatically send notice of such filing to all counsel of record. I further certify that I served a true and correct copy on any party not receiving notice through CM/ECF by US Mail, postage prepaid, addressed as follows:

Nikki Harper
1529 Pinebrook Court, Apt A2
Greenville, NC 27858
*Plaintiff Pro Se*

DATED: May 21st, 2026

By: */s/  Brian S. Goldberg*
*Attorneys for Defendant*
*Barrett Financial Group, LLC*