IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

NIKKI M. HARPER,                          )
                                          )
          Plaintiff,                      )
                                          )
     v.                                   )          CV 125-203
                                          )
BARRETT FINANCIAL LLC, et al.,            )
                                          )
          Defendants.                     )

_____

**O R D E R**

_____

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 136.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** the motion for further extension of time to effect "alternative service," (doc. no. 111), and **DISMISSES** Defendants Barrett, Higdon, and Schroder without prejudice based on the failure to timely effect service.

SO ORDERED this __16th__ day of July, 2026, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA