# United States District Court

## *Southern District of Georgia*

Nikki Harper

Plaintiff

Case No. 1:25-CV-00203-JRH-BKE

v. Barrett Financial Group, LLC et al.

Defendant

Appearing on behalf of

Chuck Tolbert, All Star Inspections, LLC

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 14th day of August, 2026.

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

*****

NAME OF PETITIONER: Gailya M. Scott

Business Address: 270 Peachtree St. , NW, Ste. 1800, Atlanta, GA 30303

Firm/Business Name

McAngus, Goudelock and Courie, LLC

Street Address

| 270 Peachtree, Ste. 1800 | Atlanta | GA | 30343 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

Mailing Address (if other than street address)

| P.O. Box 57365 | Atlanta, GA 30343 | | |
|---|---|---|---|
| Address Line 2 | City | State | Zip |

(678)-510-1699 — Telephone Number (w/ area code)

324007 — Georgia Bar Number

Email Address: gailya.scott@mgclaw.com