**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | |
|---|---|
| NIKKI HARPER,<br><br>Plaintiff,<br>vs.<br><br>BARRETT FINANCIAL GROUP, LLC, et al.,<br><br>Defendants. | Civil Action No.<br>1:25-cv-00203-JRH |

**DEFENDANT BARRETT FINANCIAL GROUP, LLC'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**

Defendant Barrett Financial Group, LLC ("Barrett"), by and through undersigned counsel, moves under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) to dismiss the claims asserted against it in Plaintiff's Second Amended Complaint ("SAC") (Doc. 148).

The SAC is Plaintiff's third pleading, but it still does not state a plausible, Barrett-specific claim. Its central premise—that Barrett was falsely identified as the lender—rests on no pleaded fact showing that designation was false. Its RICO claims describe a single mortgage transaction, not a RICO enterprise or pattern; its TILA claim is time-barred; its RESPA theories plead neither servicing misconduct by Barrett nor a prohibited referral payment; and its discrimination claims plead no facts connecting Barrett's conduct to Plaintiff's race or disability. The remaining fraud, misrepresentation, contract, and conspiracy claims likewise fail to plead the required reliance, causation, contractual breach, or unlawful agreement. And because the SAC alleges no threatened future injury redressable by Barrett, Plaintiff lacks Article III standing to obtain prospective injunctive relief against it.

WHEREFORE, and for the reasons set forth in Barrett's accompanying Memorandum of Law, Barrett respectfully requests that the Court dismiss Counts One, Two, Seven, Eight, Nine, Eleven, and Thirteen as to Barrett; dismiss Count Three with prejudice; dismiss Count Four as to Barrett, with prejudice as to the § 2605 theory; dismiss Count Six as to Barrett, with prejudice as to the escape-clause theory; dismiss Count Twelve's declaratory-relief request to the extent it depends on substantive claims dismissed as to Barrett; and dismiss, without prejudice for lack of Article III standing, the prospective injunctive relief requested against Barrett in Count Twelve.

Dated: September 8, 2026.

*By: /s/ Roger A. Wright*
Roger A. Wright
(Admitted Pro Hac Vice)
Arizona Bar No.: 014105
Wright Law Firm, PLC
4140 E. Baseline Road, Suite 101
Mesa, Arizona 85206
Telephone: (480) 558-1700
Email: office@wrightlawaz.com

Brian S. Goldberg
Georgia Bar No.: 128007
Buchalter LP
3475 Piedmont Road NE, Suite 1100
Atlanta, Georgia 30305
Email: bgoldberg@buchalter.com

*Attorneys for Barrett Financial Group, LLC*

**CERTIFICATE OF SERVICE**

I, counsel for Defendant Barrett Financial Group, LLC, certify that on September 8, 2026, I electronically filed the foregoing Motion to Dismiss Plaintiff's Second Amended Complaint through CM/ECF, which will send notice to all counsel of record. I further certify that I served a true and correct copy on any party not receiving CM/ECF notice by U.S. Mail, postage prepaid, addressed as follows:

Nikki Harper
1529 Pinebrook Court, Apt A2
Greenville, NC 27858
Plaintiff Pro Se

DATED: September 8, 2026.

*By: /s/ Roger A. Wright*
*Attorneys for Defendant*
*Barrett Financial Group, LLC*